UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYL E. GHOLSON,<br><br>                Plaintiff<br><br>    v.<br><br>NAPHCARE INC., et al.,<br><br>                Defendants | Case No. 2:18-cv-00573-RFB-NJK<br><br>ORDER |

       Plaintiff and Defendants have filed motions requesting screening of Plaintiff's complaint. Docket Nos. 3, 11. The Court grants the motions to the extent that they seek to have the Court screen the complaint. The Court notes that this case is in line for screening and a screening order will issue in due course.

       For the foregoing reasons, it is ordered that the motions requesting screening, Docket Nos. 3 and 11, are **GRANTED**. This case is in line for screening.

       DATED: January 22, 2019.

                                                  NANCY J. KOPPE<br>                                                  UNITED STATES MAGISTRATE JUDGE