# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARYL E. GHOLSON,

    Plaintiff(s),

v.

NAPHCARE INC.,

    Defendant(s).

Case No.: 2:18-cv-00573-RFB-NJK

**Order**

[Docket No. 20]

Plaintiff is proceeding *pro se* and has filed a letter from his doctor. Docket No. 20. The Court construes this filing as a discovery disclosure. Plaintiff is instructed that discovery and discovery related-documents must be <u>served</u> on Defendant's counsel, not be <u>filed</u> on the docket. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Although the Court declines to strike the initial disclosures in this instance, it may strike future discovery that is filed on the docket improperly.

IT IS SO ORDERED.

Dated: June 26, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge