S. BRENT VOGEL
Nevada Bar No. 6858
  E-Mail: Brent.Vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
  E-Mail: Katherine.Gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Defendant Naphcare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYL E. GHOLSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al; NAPHCARE, INC., NURSE #1, JANE DOE; NURSE # 2, JANE DOE,<br><br>  Defendants. | CASE NO. 2:18-cv-00573-RFB-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |

Attorney Katherine J. Gordon, of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this Motion to Remove Counsel, Amanda J. Brookhyser, from CM/ECF Service/Mailing List and Request for Discontinuance of Notice, as her last day of employment with LEWIS BRISBOIS BISGAARD & SMITH LLP was February 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4830-0376-2587.1                                                                 1

Therefore, the undersigned respectfully requests that Ms. Brookhyser's name be removed from the CM/ECF Service/Mailing List for this case.

DATED this 1st day of July 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 6858
KATHERINE J. GORDON
Nevada Bar No. 5813
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

*Attorneys for Defendant Naphcare, Inc.*

IT IS SO ORDERED this 2nd day of July, 2019

_____
UNITED STATES MAGISTRATE JUDGE