# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARYL E. GHOLSON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-00573-RFB-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff and Defendant Naphcare, Inc.'s proposed discovery plan. Docket No. 32. Pursuant to Local Rule 16-1(b), the Court entered a scheduling order after the first defendant's appearance in this case. *See* Docket No. 24. Accordingly, the parties' proposed discovery plan, Docket No. 32, is **DENIED**.

IT IS SO ORDERED.

Dated: July 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1